AND NOW, this 28th day of October, 1999, Petitioner Application to Hear Appeal Unopposed is denied.

Salvatore CHIMENTI, Susan Borish and Hans Vorhauer, Appellants,

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.

Supreme Court of Pennsylvania.

Nov. 17, 1999.

## ORDER

PER CURIAM:

AND NOW, this 17th day of November, 1999, the order of the Commonwealth Court is affirmed.

Steven SEYMOUR and Geraldine Seymour, h/w, et al

v.

SUN COMPANY, INC. et al.

Appeal of Steven Seymour and Geraldine Seymour, h/w, Emma Nelson, Allen H. Nelson, Jennifer Coll, Mary Grochowski, Chester Grochowski, Nancie S. Grove, Sharon Monzo, David Monzo, Carol Anne Denaro, Charles Denaro, Deborah Poppert, Thomas J. Poppert, Helen Read, Harold Read, Bonnie Smith, Craig E. Smith, A. Thomas Stewart, Vera Williams and Robert Williams (at 55 M.D. Appeal Docket, 1999).

Appeal of Joseph and Jana Batchelder (at 56 M.D. Appeal Docket, 1999).

Supreme Court of Pennsylvania.

Argued Oct. 20, 1999.

Decided Nov. 17, 1999.

Joseph R. McFadden, Jr., Media, for Seymour, et al.

William J. Taylor for Sun Pipe Line Co., et al.

Charles J. Hardy, Philadelphia, for Joseph Batchelder, et ux in 55 M.D. 1999.

Thomas J. O'Malley, Jr., Media, for Rewis & Dambly Cons. & Development.

Richard A. Sprague, Charles J. Hardy, Philadelphia, for Joseph and Jana Batchelder in 56 M.D. 1999.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### *ORDER*

PER CURIAM:

**AND NOW**, this 17th day of November, 1999, the Order of the Superior Court is REVERSED pursuant to *Adamski v. Miller*, 545 Pa. 316, 681 A.2d 171 (1996). The case is remanded to the trial court for reinstatement of the award of punitive damages.